

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 0 2 2008 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Bridget mechetner* -Cesario

JAN 0 2 2008

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08cv0021**
**JUDGE CASTILLO**
**MAG. JUDGE BROWN**

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

*Jennifer witherspoon-*
*Lt. ward - officer mitchell*
*Officer Buckingham - officer Quick*
*officer stovall - Roxanne*
*Officer Karawitz - sgt. smith*
*Lt. marcado*　　*sgt - Davis*
　　　　　　*John Doe 1 - 13 .*

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

X　　　　COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
　　　　　U.S. Code (state, county, or municipal defendants)

_____　COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
　　　　　28 SECTION 1331 U.S. Code (federal defendants)

_____　OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: _Bridget Mechelnek - Cesario_

B. List all aliases: _Cesario_

C. Prisoner identification number: _L94500_

D. Place of present confinement: _Lake County Jail_

E. Address: _P.O. Box 38 Waukegan, Il 60079_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _Jennifer witherspoon_

Title: _Chief_

Place of Employment: _Lake County Jail_

B. Defendant: _Lt. Ward._

Title: _Leitenant_

Place of Employment: _Lake County Jail_

C. Defendant: _Officer Buckingham_

Title: _Correctional officer_

Place of Employment: _Lake County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Officer Stovall
Correctional Officer
Lake County Jail

Sgt. Davis
Seargent
Lake County Jail

Officer Karawitz
Correctional Officer
Lake County Jail

John Doe
1-13
Lake County Jail

Lt morcado
Lietenant
Lake Count Jail

Officer mitchell
Correctional officer
Lake County Jail

Officer Quick
Correctional Officer
Lake County Jail

Roxanne
Head of social work
Lake County Jail

Sgt smith
Seargent
Lake County Jail

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 98 C - 1320

B. Approximate date of filing lawsuit: March 11 - 1998

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: 
   Bridget ClSario

D. List all defendants: Larry Lezza, sgt, oconner, officer Ahmed corp. Jenkins, sgt, monteZ Lt. Ward, officer Batasto, officer merdant, corp shallop, sgt Digman + John Does

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court cook.

F. Name of judge to whom case was assigned: RuBen castillo

G. Basic claim made: cruel + uncsaul Punishment In proper medical care.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settled out of court

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved, including names, dates, and places.  **Do not give any legal arguments or cite any
cases or statutes.**  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets
if necessary.)

1. Retaliation - Lt. Ward has Retaleated
against me since the Day I came
in 8-30-07. I was placed on Instant
lockDown. Then after 3 weeks of
lockDown, He instructed his Staff
to lock me Down whenever possible
officer mitchell locked me down twice.
officer stovrue Locked me down
twice. All these officers and Lt
are black. When I complained
it was a racial thing. That he
was responsible for it he had a
write officer Buckingham find Boges
charges to place me on MAX.
She put my life at Risk on my
unit I had to be moved. I
was placed in medical where
I stayed for a few weeks until

4                                    Revised 9/2007

Lt. Ward found out I was Complaining to the chief about retaleation He came to my Cell and said he was going to Show me retationcettion and Reverse my medical and put me back on the unit I am un safe on. officers Quickly Karawitz + Lt. Marcado Decied My Fate.

2. Inproper medical - I have a cyst on my ovary that need to be removed Right away- Had High HCG level from miscarrage in July- Constint severe chest pains.

Connot have any Copies of Legal work made by Law LiBrary while on lockDown -

Revised 9/2007

3. Chief Witherspoon new about an earlier lawsuit and the retaleation by Her staff and Chose to Do Nothing.

4. Officer Karawitz is part of Classification and was part of the earlier lawsuit and was retaliting against me, she was one of the ones who choose my Fate in lockdown.

5. Lt. marcado - was the Final Say in the lockup procedure and she was also on the lawsuit so it is Retalation.

6. Officer Quick - was Named in the lawsuit and decieded my Fate in lockup Retaliation.

7. Roxanne - New I was in Danger on SSE But ordered me there.

8. Sgt. Smith - New about me being unsafe on SSE But where given orders by Lt. Ward to put me there

9. Sgt. Davis - was told by Lt. Ward Put the B..... on SSE I Do not care what happens to her she needs to be paid back for sueing him.

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like Damages and loss of Employment

**VI.**    The plaintiff demands that the case be tried by a jury.    ☒ YES        ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___26___ day of ___Dec.___, 20 __07__

___Bridget Mechetny-Cesario___
(Signature of plaintiff or plaintiffs)

___Bridget Mechetner-Cesario___
(Print name)

___LM4507___
(I.D. Number)

___P.O. Box 38 Waukegan___
___IL 60079___
(Address)

6                                                    Revised 9/2007