

**08cv0021**

UNITED STATES DISTR **JUDGE CASTILLO**
NORTHERN DISTRICT ( **MAG.JUDGE BROWN**

Civil Cover S~~....~~

**Plaintiff(s):**          BRIDGET
                  MECHETNER-CESARIO

**Defendant(s):** JENNIFER WITHERSPOON, et al.

**County of Residence:**     LAKE

**County of Residence:**

**Plaintiff's Address:**

Bridget Mechetner-Cesario
L-74507
Lake - LCJ
P.O. Box 38
Waukegan, IL   60086

**Defendant's Attorney:**

**F I L E D**

JAN ~ 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 02 2008

**Basis
of Jurisdiction:**  ☐ 1. U.S. Government Plaintiff

☑ 3. **Federal Question**
    (U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. **Diversity**

**Citizenship of Principal Parties (Diversity Cases Only)**

        **Plaintiff:**

        **Defendant:**

**Origin:**   ☑ 1. **Original Proceeding**

☐ 5. **Transferred From Other District**

☐ 2. **Removed From State Court**

☐ 6. **MultiDistrict Litigation**

☐ 3. **Remanded From Appellate Court**

☐ 7. **Appeal to District Judge from**
       **Magistrate Judgment**

☐ 4. **Reinstated or Reopened**

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**   ☐ Yes   ☑ No

**Signature:** *A. E. Woodham*   **Date:** 01/02/2008

*Castillo   98C1327*
*Brown*