Thees will not make copies for me here. I Do not have the money to make copies. No one at the Jail would sign the trustfund Sheet since I am sueing them. Admin Refused- No officers would would let it go anywhere. without a court-order or an attorney.

08cv0021
JUDGE CASTILLO
MAG. JUDGE BROWN

**FILED**

JAN 0 2 2008 aew   JAN 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Thanks
Bridget Mechelne-
Cesario

