IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGET MECHETNER – CESARIO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 CV 0021 |
| | ) | |
| v. | ) | Judge Ruben Castillo |
| | ) | Magistrate Judge Brown |
| CHIEF OF CORRECTIONS JENNIFER WITHERSPOON, LIEUTENANT WARD, OFFICER JENNIFER BUCKINGHAM, OFFICER STOVALL, OFFICER KARAWITZ, LIEUTENANT MARCADO, OFFICER MITCHELL, OFFICER QUICK, SERGEANT DAVIS, SERGEANT SMITH, ROXANNE DOE, and JOHN DOE. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ORDER STATING THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS HAS BEEN GRANTED AND APPOINTING THE UNITED STATES MARSHAL TO SERVE PROCESS ON THE DEFENDANTS**

Plaintiff, BRIDGET MECHETNER – CESARIO, by her appointed attorney, PATRICK J. CULLINAN, moves this court for entry of an Order setting forth that Plaintiff's prior Motion for Leave to Proceed in Forma Pauperis has been granted, and appointing the United States Marshal to serve the Defendants with process. In support of its motion, Plaintiff states as follows:

1. On January 2, 2008 Plaintiff, an inmate at the Lake County, Illinois Jail, filed with the court her pro se Complaint herein under 42 U.S.C. Section 1983 against certain employees of the Lake County Jail.

2. On January 2, 2008 Plaintiff also filed an In Forma Pauperis Application and Financial Affidavit.

3. On January 8, 2008, this Court entered a Minute Order granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis. In the Minute Order the court also appointed Patrick J. Cullinan to represent Plaintiff in accordance with his obligations under District Court Local Rule 83.37. Further, in the Minute Order the court dismissed Plaintiff's pro se Complaint without prejudice to appointed counsel filing an Amended Complaint within 60 days thereof.

4. Pursuant to the entry by the court of its January 8, 2008 Minute Order, on March 7, 2008 Plaintiff's appointed counsel filed on behalf of Plaintiff an Amended Complaint under 42 U.S.C. Section 1983 against the Defendants.

5. Subsequent to filing the Amended Complaint, Plaintiff's appointed counsel's office advised the United States Marshal's office that this court had previously granted Plaintiff's Motion for Leave to Proceed in Forma Pauperis, and, pursuant thereto, requested that the United States Marshal's office serve process on the Defendants. Plaintiff's counsel's office also inquired as to the logistics that would enable the United States Marshal's office to accomplish service of process on the Defendants.

6.  In response to the inquiry by Plaintiff's counsel's office, the United States Marshal's office advised that it would need a certified copy of an Order from the court stating that Plaintiff had been granted leave to proceed in forma pauperis, and directing the United States Marshal's office to serve process on the Defendants. The United States Marshal's office further advised that the January 8, 2008 Minute Order of the court would not suffice.

7.  As such, Plaintiff now requests entry of an Order such as that which the United States Marshal's office has advised is necessary to enable it to accomplish service of process on the Defendants. Plaintiff further submits herewith a proposed draft Order.

WHEREFORE, Plaintiff, BRIDGET MECHETNER – CESARIO, respectfully requests that this court enter an Order setting forth that her Motion for Leave to Proceed in Forma Pauperis has been granted, and appointing the United States Marshal to serve the Defendants with process.

                                                        **BRIDGET MECHETNER – CESARIO**

                                           By: /s/: Patrick J. Cullinan
                                                     Her Attorney

Patrick J. Cullinan
**BELGRADE AND O'DONNELL, P.C.**
20 North Wacker Drive, Suite 1900
Chicago, Illinois 60606
(312) 422-1700

**CERTIFICATE OF FILING**

    Patrick J. Cullinan, Attorney for Plaintiff, certifies that this Motion and Draft Order were filed electronically this 26th day of March 2008 via the CM/ECF filing system.

                                /s/: Patrick J. Cullinan