IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGET MECHETNER – CESARIO,     ) | |
| ) | |
| Plaintiff,                  ) | Case No.: 08 CV 0021 |
| ) | |
| v.                              ) | Judge Ruben Castillo |
| ) | Magistrate Judge Brown |
| CHIEF OF CORRECTIONS JENNIFER   ) | |
| WITHERSPOON, LIEUTENANT WARD,   ) | |
| OFFICER JENNIFER BUCKINGHAM,    ) | |
| OFFICER STOVALL, OFFICER KARAWITZ, ) | |
| LIEUTENANT MARCADO, OFFICER     ) | |
| MITCHELL, OFFICER QUICK, SERGEANT ) | |
| DAVIS, SERGEANT SMITH, ROXANNE  ) | |
| DOE, and JOHN DOE.              ) | |
| ) | |
| Defendants.              ) | |

**ORDER**

This matter, coming to be heard on the motion of Plaintiff, BRIDGET MECHETNER – CESARIO, for entry of an Order stating that Plaintiff's motion for leave to proceed in forma pauperis has been granted and appointing the United States Marshal to serve the Defendants with process, the court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1,   The motion of Plaintiff, BRIDGET MECHETNER – CESARIO, for leave to proceed in forma pauperis is granted

2.   The United States Marshal is appointed to serve process on the Defendants herein.

3.   The United States Marshal is directed to send the necessary forms to Plaintiff's appointed counsel so that he may provide the information necessary for the United States Marshal to serve the Defendants with process.

. . . . . . . . . . . . . . . .2008
                    Enter:

                    . . . . . . . . . . . . . . . . . . . .
                                Judge


Patrick J. Cullinan
**BELGRADE AND O'DONNELL, P.C.**
20 N. Wacker Drive, Suite 1900
Chicago, Illinois 60606
(312) 422-1700