IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGET MECHETNER – CESARIO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 CV 0021 |
| | ) | |
| v. | ) | Judge Ruben Castillo |
| | ) | Magistrate Judge Brown |
| CHIEF OF CORRECTIONS JENNIFER WITHERSPOON, LIEUTENANT WARD, OFFICER JENNIFER BUCKINGHAM, OFFICER STOVALL, OFFICER KARAWITZ, LIEUTENANT MARCADO, OFFICER MITCHELL, OFFICER QUICK, SERGEANT DAVIS, SERGEANT SMITH, ROXANNE DOE, and JOHN DOE. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on the 1st day of April, 2008, at 9:45 a.m., we shall appear before the Honorable Judge Castillo, in Room 2141, 219 S. Dearborn, Chicago, Illinois, and then and there present Plaintiff's **MOTION FOR ORDER STATING THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS HAS BEEN GRANTED AND APPOINTING THE UNITED STATES MARSHAL TO SERVE PROCESS ON THE DEFENDANTS,** a copy of which is attached hereto and served upon you.

                                              BRIDGET MECHETNER – CESARIO

                                    By: /s/: Patrick J. Cullinan
                                               Her Attorney

Patrick J. Cullinan
**BELGRADE AND O'DONNELL, P.C.**
20 North Wacker Drive, Suite 1900
Chicago, Illinois 60606
(312) 422-1700

**CERTIFICATE OF SERVICE**

    Patrick J. Cullinan, one of the attorneys for Plaintiff, BRIDGET MECHETNER-CESARIO, certifies that this document was filed and served upon counsel of record via electronic filing this 26th day of March 2008.

                                                /s/: Patrick J. Cullinan