# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 21 | **DATE** | 3/28/2008 |
| **CASE TITLE** | Bridget Mechetner-Cesario vs. Witherspoon, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for order stating that plaintiff's motion for leave to proceed in forma pauperis has been granted and appointing the United States Marshal to serve process on the defendants. This Court's 1/7/2008 Minute Order grants plaintiff's motion for leave to proceed in forma pauperis. The United States Marshal is appointed to serve the defendants. Motion hearing set for 4/1/2008 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|