# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 21 | **DATE** | 5/12/2008 |
| **CASE TITLE** | Bridget Mechetner-Cesario vs. Witherspoon, et al. | | |

**DOCKET ENTRY TEXT**

The U.S. Marshal is directed to serve the summons pursuant to this Court's Order dated 3/28/2008. Settlement conference reset to 6/17/2008 at 3:00 p.m. Settlement conference set for 5/15/2008 is vacated. The parties are directed to file a joint status report by 6/13/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:08-cv-00021   Document 14   Filed 05/12/2008   Page 1 of 1

08C 21 Bridget Mechetner-Cesario vs. Witherspoon, et al.                                                                 Page 1 of 1