**Department of Justice**
United States Marshals Service
Northern District of Illinois

# Memo

**To:** Clerk's Office

**From:** Tamar De.Costa

**Date:** May 14, 2008

**Re:** Case#08C21

**FILED**
MAY 15 2008 YM
May 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

I am returning the attached case #08C21 there are no summons and complaints attached to be served only the docket entry is attached.

Tamar
Civil Process

1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 21 | DATE | 5/12/2008 |
| CASE TITLE | Bridget Mechetner-Cesario vs. Witherspoon, et al. | | |

### DOCKET ENTRY TEXT

The U.S. Marshal is directed to serve the summons pursuant to this Court's Order dated 3/28/2008. Settlement conference reset to 6/17/2008 at 3:00 p.m. Settlement conference set for 5/15/2008 is vacated. The parties are directed to file a joint status report by 6/13/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: MAY 13 2008

08C 21 Bridget Mechetner-Cesario vs. Witherspoon, et al.  Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 21 | DATE | 5/12/2008 |
| CASE TITLE | Bridget Mechetner-Cesario vs. Witherspoon, et al. | | |

**DOCKET ENTRY TEXT**

The U.S. Marshal is directed to serve the summons pursuant to this Court's Order dated 3/28/2008. Settlement conference reset to 6/17/2008 at 3:00 p.m. Settlement conference set for 5/15/2008 is vacated. The parties are directed to file a joint status report by 6/13/2008.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | RO |
|---|---|---|---|

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: MAY 13 2008

08C 21 Bridget Mechetner-Cesario vs. Witherspoon, et al.   Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 21 | **DATE** | 3/28/2008 |
| **CASE TITLE** | Bridget Mechetner-Cesario vs. Witherspoon, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for order stating that plaintiff's motion for leave to proceed in forma pauperis has been granted and appointing the United States Marshal to serve process on the defendants. This Court's 1/7/2008 Minute Order grants plaintiff's motion for leave to proceed in forma pauperis. The United States Marshal is appointed to serve the defendants. Motion hearing set for 4/1/2008 is vacated.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | RO |
|---|---|---|---|

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: MAY 1 3 2008

08C21 Bridget Mechetner-Cesario vs. Witherspoon, et al.                                                                 Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 21 | **DATE** | 3/28/2008 |
| **CASE TITLE** | Bridget Mechetner-Cesario vs. Witherspoon, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for order stating that plaintiff's motion for leave to proceed in forma pauperis has been granted and appointing the United States Marshal to serve process on the defendants. This Court's 1/7/2008 Minute Order grants plaintiff's motion for leave to proceed in forma pauperis. The United States Marshal is appointed to serve the defendants. Motion hearing set for 4/1/2008 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: [signature] Angela
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: MAY 13 2008

BROWN, REOPEN

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00021
#### Internal Use Only

| | |
|---|---|
| Mechetner-Cesario v. Witherspoon et al | Date Filed: 01/07/2008 |
| Assigned to: Honorable Ruben Castillo | Jury Demand: Defendant |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 555 Civil Rights (Prison Condition) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bridget Mechetner-Cesario**    represented by    **Patrick Joseph Cullinan**
Belgrade & O'Donnell PC
20 North Wacker
Suite 1900
Chicago, IL 60606
(312) 422-1700
Email: pcullinan@bodpc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jennifer Witherspoon**
*Chief of Corrections,*

**Defendant**

**Lieutenant Ward**

**Defendant**

**Officer Mitchell**

**Defendant**

**Officer Jennifer Buckingham**

**Defendant**

**Officer Quick**

**Defendant**



A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: _____ 2008

**Officer Stovall**

Defendant

**Roxanne**
*TERMINATED: 03/09/2008*

Defendant

**Officer Karawitz**

Defendant

**Sergeant Smith**

Defendant

**Lieutenant Mercado**

Defendant

**Sergeant Davis**

Defendant

**John Doe**
*1-13*

Defendant

**Roxanne Doe**

Service List                          represented by **Prisoner Correspondence - Internal Use Only**
                                                     Email:
                                                     Prison1_ILND@ilnd.uscourts.gov
                                                     *TERMINATED: 01/07/2008*

| Date Filed | #  | Docket Text |
|---|---|---|
| 01/02/2008 | 1 | RECEIVED Complaint and no copies by Bridget Mechetner-Cesario (mb, ) (Entered: 01/03/2008) |
| 01/02/2008 | 2 | CIVIL Cover Sheet (mb, ) (Entered: 01/03/2008) |
| 01/02/2008 | 3 | MOTION by Plaintiff Bridget Mechetner-Cesario for leave to proceed in forma pauperis (mb, ) (Entered: 01/03/2008) |
| 01/02/2008 | 4 | MOTION by Plaintiff Bridget Mechetner-Cesario for appointment of counsel (mb, ) (Entered: 01/03/2008) |
| 01/02/2008 | 5 | LETTER from Bridget Mechetner-Cesario. (mb, ) (Entered: 01/03/2008) |
| 01/02/2008 | 7 | POST MARKED envelope for initiating document by Bridget Mechetner-Cesario (Document not scanned) (aew, ) (Entered: 01/11/2008) |

| | | |
|---|---|---|
| 01/07/2008 | 6 | MINUTE entry before Judge Ruben Castillo : The plaintiff's motion for leave to proceed in forma pauperis 3 is granted. The court authorizes and orders the trust fund officer at the plaintiff's place of incarceration to begin making deductions and payments in accordance with this order. The clerk shall send a copy of this order to the trust fund officer at the Lake County Jail. However, summonses shall not issue at this time. The plaintiff's motion for appointment of counsel 4 is granted. The court appoints Patrick J. Cullinan, Belgrade and ODonnell, PC, 20 N. Wacker Drive, Suite 1900, Chicago, Illinois 60606, Telephone: (312) 422-1700 to represent the plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37. The complaint on file is dismissed without prejudice to appointed counsel filing an amended complaint within 60 days if the amended complaint comports with appointed counsel's obligations under Rule 11 of the Federal Rules of Civil Procedure.[For further details see text below.]Attorney Patrick Joseph Cullinan for Bridget Mechetner-Cesario added. Civil case terminated. Mailed notice (ar, ) (Entered: 01/08/2008) |
| 01/08/2008 | | MAILED copy of Judge Castillo's minute order of 01/07/08 6 to trust fund officer at the Lake County Jail. (ar, ) (Entered: 01/08/2008) |
| 01/15/2008 | 8 | ATTORNEY Appearance for Plaintiff Bridget Mechetner-Cesario by Patrick Joseph Cullinan (Cullinan, Patrick) (Entered: 01/15/2008) |
| 03/07/2008 | 9 | AMENDED complaint by Bridget Mechetner-Cesario against all defendants *with Jury Demand* (Cullinan, Patrick) (Entered: 03/07/2008) |
| 03/09/2008 | | (Court only) ***Party: Defendant Roxanne Doe added, Defendant Roxanne terminated, pursuant to amended complaint 9 , filed 3/7/08. (ar, ) Modified on 3/14/2008 (ar, ). (Entered: 03/14/2008) |
| 03/26/2008 | 10 | MINUTE entry before Judge Honorable Ruben Castillo:After review of the initial pleadings in this case, this Court has decided to hold an expedited settlement conference. Plaintiff's counsel is directed to immediately serve the complaint and exhaust all settlement possibilities for this lawsuit. Parties to file a joint status report on or before 5/12/2008. The court will hold a settlement conference in chambers on 5/15/2008 at 3:00 PM. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice (rao, ) (Entered: 03/26/2008) |
| 03/26/2008 | 11 | MOTION by Plaintiff Bridget Mechetner-Cesario for order *Stating that Plaintiff's Motion for Leave to Proceed in Forma Pauperis Has Been Granted and Appointing The United States Marshal to Serve Process on the Defendants* (Attachments: # 1 Text of Proposed Order Proposed Order)(Cullinan, Patrick) (Entered: 03/26/2008) |
| 03/26/2008 | 12 | NOTICE of Motion by Patrick Joseph Cullinan for presentment of motion for order, 11 before Honorable Ruben Castillo on 4/1/2008 at 09:45 AM. (Cullinan, Patrick) (Entered: 03/26/2008) |

| 03/28/2008 | ●13 | MINUTE entry before Judge Honorable Ruben Castillo: Plaintiff's motion for order stating that plaintiff's motion for leave to proceed in forma pauperis has been granted and appointing the United States Marshal to serve process on the defendants. This Courts 1/7/2008 Minute Order grants plaintiff's motion for leave to proceed in forma pauperis. The United States Marshal is appointed to serve the defendants. Motion hearing set for 4/1/2008 is vacated. (ar, ) (Entered: 03/31/2008) |
| --- | --- | --- |
| 03/31/2008 | ● | SUMMONSES Issued, nine originals and nine each copies of summonses, amended complaint 9 and Judge Castillo's 03/26/08 order 10 , as to Defendants Officer Karawitz, Smith, Mercado, Jennifer Witherspoon, Ward, Officer Mitchell, Jennifer Buckingham, Officer Quick, Officer Stovall, with two certified copies of Judge Castillo's 03/28/08 minute order 13 , to US Marshals' Office for service. (ar, ) (Entered: 03/31/2008) |
| 05/12/2008 | ●14 | MINUTE entry before Judge Honorable Ruben Castillo: The U.S. Marshal is directed to serve the summons pursuant to this Court's Order dated 3/28/2008 13 . Settlement conference reset to 06/17/2008 at 3:00 p.m. Settlement conference set for 5/15/2008 is vacated. The parties are directed to file a joint status report by 6/13/2008. (ar, ) (Entered: 05/13/2008) |