**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 201 |

BRIDGET MECHETNER-CISARIO
v.
JENNIFER WITHERSPOON, et alia

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JENNIFER WITHERSPOON, ANTHONY WARD, JENNIFER BUCKINGHAM, MARSHALA STOVALL, MELISSA KREROWICZ, MEGAN MERCADO, MONIQUE MITCHELL, PATRICIA QUICK, CHARLES DAVIS and FRANK SMITH, DEFENDANTS.

| | |
|---|---|
| NAME (Type or print) | |
| | DANIEL P. FIELD |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| | s/Daniel P. Field |
| FIRM | |
| | SCARIANO, HIMES AND PETRARCA, CHTD. |
| STREET ADDRESS | 209 WEST MADISON STREET |
| CITY/STATE/ZIP | WAUKEGAN, IL 60085-4345 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00800597 | 847-662-5800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐