IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGET MECHENTER-CESARIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 0021 |
| | ) | |
| CHIEF OF CORRECTIONS JENNIFER | ) | Judge Ruben Castillo |
| WITHERSPOON, LIEUTENANT WARD, | ) | |
| OFFICER JENNIFER BUCKINGHAM, | ) | Magistrate Judge Brown |
| OFFICER STOVALL, OFFICER KARAWITZ, | ) | |
| LIEUTENANT MARCADO, OFFICER | ) | |
| MITCHELL, OFFICER QUICK, SERGEANT | ) | |
| DAVIS, SERGEANT SMITH, ROXANNE | ) | |
| DOE and JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Mr. Patrick J. Cullinan
      Belgrade & O'Donnell
      20 North Wacker Drive
      Suite 1900
      Chicago, IL 60606

   PLEASE TAKE NOTICE that on Tuesday, May 27, 2008 at 9:45 a.m. the undersigned will appear before the Hon. Ruben Castillo in Room 2141 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present some defendants' motion to enlarge, a copy of which is served upon you herewith.

                                      s/ Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA, CHTD.
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield@gmail.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on May 19, 2008 he electronically filed the attached Notice and Motion to Enlarge and Continue Settlement Conference with the Clerk using the CM/ECF system which will send notification of such filing to the following:

      Patrick J. Cullinan        pcullinan@bodpc.com

                          Respectfully submitted,

                          By:    s/ Daniel P. Field