**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Bridget Mechetner–Cesario

          Plaintiff,

v.                    Case No.: 1:08–cv–00021
                    Honorable Ruben Castillo

Jennifer Witherspoon, et al.

          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, May 20, 2008:

   MINUTE entry before the Honorable Ruben Castillo:Defendants' motion to enlarge time to respond to Plaintiff's complaint and continue settlement conference [26] is granted. All defendants to answer or otherwise plead to the amended complaint by 6/27/2008. Parties to file a joint status report by 7/17/2008. Settlement conference reset to 7/22/2008 at 4:30 PM. Clients with settlement authority are directed to appear or be available by telephone. Motion hearing set for 5/27/2008, status report filing date of 6/13/2008 and settlement conference set for 6/17/2008 are vacated.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.