**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Bridget Mechetner–Cesario
                         Plaintiff,

v.                                             Case No.: 1:08–cv–00021
                                             Honorable Ruben Castillo

Jennifer Witherspoon, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiff's oral request to reset the settlement conference is granted. Parties to file the joint status report on or before 8/19/2008. The Court will hold a settlement conference in chambers on 8/21/2008 at 2:00 PM. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.