UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bridget Mechetner–Cesario

                        Plaintiff,

v.                                                  Case No.: 1:08−cv−00021
                                                            Honorable Ruben Castillo

Jennifer Witherspoon, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 8/21/2008. The parties are requested to fully exhaust all remaining settlement possibilities, in light of the Court's recommendation, prior to 9/2/2008. The Court will hold a status hearing in open court on 9/3/2008 at 9:45 a.m. unless this Court is notified that this lawsuit has been settled or the parties agree to consent to the general jurisdiction of the designated magistrate judge.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.